HAND | BALDACHIN | ASSOCIATES LLP

LAW OFFICES

1375 Avenue of the
Americas, 28th Floor
New York, NY 10019

dir 212.956.9508
tel 212.956.9500
fax 212.376.6080
amichaels@hballp.com

**MEMO ENDORSED**

March 25, 2025

VIA ECF

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Defendant's request for an extension to respond to the complaint is granted. Defendant is directed to respond by April 24, 2025.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: March 26, 2025
> New York, New York

**Re:** *Isakov, et al. v. Midtown Comics, Inc.*, 1:25-cv-1595 (ER/RWL)

Dear Judge Ramos,

    This office represents the defendant in the referenced action. Defendant respectfully requests an extension of time to answer, move or otherwise respond to the complaint until April 24, 2025. The complaint was served on Defendant on March 4, 2025 and a response is currently due on March 25, 2025. The extension is being requested to provide Defendant additional time to review the allegations in the Complaint and for the parties to engage in early resolution discussions regarding this matter. This is the first requested extension and Plaintiff consents to this request.

    We appreciate the Court's time and consideration.

Respectfully,

Adam B. Michaels

cc: All counsel of record (via ECF)